October 17, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

FRONTIER LOGISTICS, L.P., FLPCW, L.P., GEORGE COOK, GLENN WISEMAN, JAMES MADLER, AND CHRISTY FULTON, Appellants

NO. 14-11-00357-CV                              V.

NATIONAL PROPERTY HOLDINGS, L.P., MICHAEL PLANK, AND RUSSELL PLANK, Appellees

_____

This court today heard a motion for rehearing filed by appellees NATIONAL PROPERTY HOLDINGS, L.P., MICHAEL PLANK, AND RUSSELL PLANK (the "Plank Parties") and a motion for rehearing filed by appellants FRONTIER LOGISTICS, L.P., FLPCW, L.P., GEORGE COOK, GLENN WISEMAN, JAMES MADLER, AND CHRISTY FULTON (the "Frontier Parties"). We order that these motions be denied. We further order that the former judgment of April 18, 2013, be vacated, set aside, and annulled. We further order the Opinion filed April 18, 2013, withdrawn.

This cause, an appeal from the judgment signed, April 18, 2011, was heard on the transcript of the record. We have inspected the record and conclude that the trial court erred to the extent it denied the Frontier Parties' motion for summary judgment and granted the Plank Parties' motion for summary judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that the Plank Parties take nothing by their claims against the Frontier Parties. We further order that all costs incurred by reason of this appeal be paid by the Plank Parties, jointly and severally. We further order this decision certified below for observance.